UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | |
| **FAMILY LIFE INSURANCE** § | Civil Case No.: 4:16-cv-03042 |
| **COMPANY** § | |
| **Defendant.** § | |
| § | |
| § | |

**Notice of Settlement**

KNOW ALL PERSONS BY THESE PRESENTS that Plaintiff and Defendant have fully and finally settled this matter.

**Dated:** February 17, 2016          */s/ Aaron K. Mulvey*_____

                                                                     Aaron K. Mulvey
                                                                     **The Law Offices of Aaron K. Mulvey, PLLC**
                                                                     518 N. Manus Dr.
                                                                     Dallas, TX 75224
                                                                     Tel: 214-282-5215
                                                                     Aaron@MulveyLaw.com