| United States District Court | Southern District of Texas |
|---|---|

Craig Cunningham, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-3042
§
Family Life Insurance Company, §
§
    Defendant. §

**ENTERED**
February 17, 2017
David J. Bradley, Clerk

# Final Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed February 17, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge